UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADISON WATERS, et al.,

Plaintiffs,

v.

COLUMBIA DEBT RECOVERY, LLC,
et al.,

Defendants.
_______________________________________/

Case No. 1:24-cv-972

Hon. Hala Y. Jarbou

**ORDER**

For the reasons stated in the opinion entered this date:

**IT IS ORDERED** that the motion to dismiss by Defendants Equifax Inc. through Equifax Information Services, LLC ("Equifax") and Trans Union Corp. through Trans Union Consumer Solutions ("Trans Union") (ECF No. 97) is **GRANTED**.

**IT IS FURTHER ORDERED** that the motion to dismiss by Defendant GREP Southwest, LLC (ECF No. 98) is **GRANTED** as set forth in the opinion.

**IT IS FURTHER ORDERED** that Count VI of the second amended complaint, as well as Defendants Equifax and Trans Union, are **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff Patricia Waters's claim against Columbia Debt Recovery, LLC in Count V of the second amended complaint is **DISMISSED** for lack of standing.

**IT IS FURTHER ORDERED** that Plaintiffs' claims arising under state law are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

**IT IS FURTHER ORDERED** that Defendant GREP Southwest, LLC is **DISMISSED** because the Court has dismissed the claims against it.

**IT IS FURTHER ORDERED** that Plaintiffs' motion to strike the appearances of Eugene Policastri and Jennifer Blunt (ECF No. 138), construed as a motion to withdraw, is **GRANTED**.

**IT IS FURTHER ORDERED** that Eugene Policastri and Jennifer Blunt are permitted to withdraw as Plaintiffs' counsel.

The only remaining claim pending is Madison Waters's claim against Columbia Debt Recovery, LLC.

Dated: October 25, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE