UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADISON WATERS,

Plaintiff,

v.

COLUMBIA DEBT RECOVERY, LLC,

Defendant.
______________________________/

Case No. 1:24−cv−00972−HYJ−SJB

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed the parties' stipulation for dismissal (ECF No. 153), **IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 153) is **GRANTED**; this action is **DISMISSED** with prejudice.

IT IS SO ORDERED.

Dated: January 14, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge